THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DAVOR GOMCIN, Respondent.

Submitted April 24, 2006; decided June 29, 2006

Motion to vacate this Court's June 20, 2000 dismissal order (95 NY2d 821 [2000]) granted and appeal reinstated.